UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP FIGURES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ACTING CAPTAIN COX, et al.,<br><br>　　　　　　Defendants. | Case No. EDCV 17-00501-JVS (SHK)<br><br>**ORDER TO SHOW CAUSE** |

On September 8, 2017, the Court dismissed plaintiff's First Amended Complaint with leave to amend. On October 11, 2018, Plaintiff filed a Request for Order for Continuance. Electronic Case Filing ("ECF No.") 20. On October 23, 2017, the Court granted Plaintiff's request for continuance. ECF No. 21. Also, the Court provided Plaintiff with a blank civil subpoena (AO 88B) form to conduct discovery as to the names of the "Calculated Use of Force Team," and also granted Plaintiff additional time to file his Second Amended Complaint ("SAC"). ECF No. 21. Plaintiff's SAC was due on or before December 15, 2017. Plaintiff has failed to file a SAC within the allotted time nor has he requested an extension of time within which to do so.

1 | Accordingly, on or before February 16, 2018, Plaintiff is ORDERED to either
2 | (a) advise the Court that he does not desire to pursue this action; (b) if plaintiff
3 | does desire to pursue this action, show good cause in writing, if any exists, why
4 | plaintiff has not timely filed with the Court his SAC, and why the Court should not
5 | recommend that this action be dismissed for failure to prosecute and failure to
6 | comply with the Court's prior Order; or (c) file a SAC. Plaintiff is forewarned that,
7 | if he fails to do either of the provided options, the Court may deem such failure a
8 | further violation of a Court order justifying dismissal, and also deem such failure as
9 | further evidence of a lack of prosecution on Plaintiff's part.

Dated: 1/16/2018

HON. SHASHI H. KEWALRAMANI
United States Magistrate Judge