JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP FIGURES,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>VICTORVILLE USP PRISON, et al.,<br><br>　　　　　Defendants. | Case No. 5:17-cv-00501-JVS (SHK)<br><br>**JUDGMENT** |

　　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: June 11, 2018

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　HONORABLE JAMES V. SELNA
　　　　　　　　　　　　　　　　　United States District Judge